In the Matter of the Claim of TALMADGE MOSLEY, Respondent, against SINRAM BROTHERS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer and insurance carrier have appealed from an award in claimant's favor. The sole question presented relates to the amount of such award. The Industrial Board found that claimant sustained a twenty per cent permanent loss of use of the right hand based upon a fifty per cent permanent loss of the use of right index finger and a thirty-three and one-third per cent permanent loss of use of the right middle finger. The evidence sustains this finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ANDREW BOZEK, Appellant, against JOHN W. FERGUSON Co. and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant was refused the right to examine witnesses. This was error. A further hearing should be held whereat claimant and his attorney are given opportunity to cross-examine all witnesses heretofore sworn and not cross-examined, and have additional evidence received, as the parties may be advised. Decision reversed, and matter remitted, with costs against the State Industrial Board. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

In the Matter of the Claim of ANDREW W. LARKOW, Respondent, against STANDARD MIRROR COMPANY, Respondent; EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Appellant, and TRAVELERS INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the appellant carrier from an award of compensation to the employee for an occupational disease. Claimant had been continuously employed by the employer herein in the same employment for several years, and was injured therein in a process involving the use of or direct contact with secaldine, varnolene and enamel, as a result of which he contracted dermatitis venenata, an occupational disease, and became disabled thereby on December 27, 1935, at which time the appellant was the insurance carrier of the employer. The respondent Travelers Insurance Company had previously been the insurance carrier of the employer. The appellant carrier insists that the award was improperly made against it, but should have been made against the respondent Travelers Insurance Company, the previous carrier. Award unanimously affirmed, with costs to the respondent Travelers Insurance Company against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.